**No. 59718.**—Frederic Henjes, Jr., Inc. *v.* United States, protest 260712–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 59719.**—Aero Sea Shipping Corporation *v.* United States, protest 260730–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

FEBRUARY 6, 1956

**No. 59720.**—SUIT 4840.—J. M. P. R. Trading Corp. and Alltransport, Inc. *v.* United States.— —C. D. 1658 affirmed November 4, 1955. C. A. D. 600.